## IPP International U.G. Declaration Exhibit A
## File Hashes for IP Address 69.140.147.25

**ISP:** Comcast Communications, LLC
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/01/2018 21:03:52 | FF75AB28A949A17A52CEE71C191C37C61258B6AD | Rub Me The Right Way Too |
| 03/26/2018 11:24:45 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 01/06/2018 16:56:28 | E632469E0FE020816BAA0E20B1483F6745114BB9 | Hot and Wet |
| 01/02/2018 15:04:50 | B72B204D1B19174D813D6B914782BD078F0147F7 | HOT Coffee |
| 01/02/2018 14:59:40 | B198F375167D013B71083DEE646A17D990D51A10 | Red Hot Christmas |
| 12/03/2017 15:14:34 | 4842BA3D11865B63DD0990BD02B0B59A36C57F4D | Watch Me Cum For You |
| 11/19/2017 17:10:07 | 5F189DE41EF6B75EBB5535B106BB41665D704F68 | Fill Her Up |
| 11/17/2017 04:27:49 | 6D71663E4DB88AD206191297B1EA7AE85F18C39F | Would You Fuck My Girlfriend |
| 10/16/2017 02:08:30 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 08/30/2017 14:08:41 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 08/13/2017 17:32:22 | 0E992AADEBF3D624A638B6D4CD0934A5E8EBF215 | Susie Up Close and Personal |

**Total Statutory Claims Against Defendant: 11**